TO THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF OH WESTERN DIVISION;

I BRANDON SIMS, A MEMBER OF SHAUNG ADMISSIONS HAS BEEN APPOINTED, AUTHORIZE AGENT FOR COMPLAINT BEING FILED WITH THE COURT. SHAUNG ADMISSIONS, APPOINTED AS REGISTAR OF AND REPRESENTER FOR DOCUMENTATION AND POWER ATTORNEY FOR PLAINTIFFS NAMED IN COMPLAINT, FOR THE ENTIRE PROCESS AND ACTIONS SEEKING RELIEF FROM THE COURT. ATTACHMENTS ENCLOSED DISPLAYS OCCURENCES ALONG WITH PLAINTIFFS AND THEIR INVOLEMENT WITH PLEADINGS AND THE KOMPLAINT.

THANK YOU GREATLY/

*[signature]* 1/29/16