# ATTACHMENT

IN THE COURT OF COMMON PLEAS
LUCAS COUNTY, OHIO

FILED
LUCAS COUNTY

2015 NOV 30  A 4: 17

COMMON PLEAS COURT
BERNIE QUILTER
CLERK OF COURTS

JEFFREY B. ROZEK
DAWN M. ROZEK
4703 Carriage Crossing Lane
Sylvania, Ohio 43560

        Plaintiffs

v.

CLEAR KNIGHTS LTD.
6857 Heather Cove
Maumee, Ohio 43537

ARIEL GRANT
c/o Shaung Admissions
2650 Westmar Court #242
Toledo, Ohio 43615

        Defendants

Case No.
Judge

G-4801-C1-0201504933-000
Judge
DEAN P. MANDROS

**COMPLAINT FOR DECLARATORY JUDGMENT, TO QUIET TITLE, FOR EJECTMENT
AND TRESPASS**

**BACKGROUND**

1.    On or about June 27, 2013 Nationstar Mortgage LLC filed a foreclosure in Case No. CI201303470 of the Common Pleas Court for Lucas County, Ohio against William J. Houttekier ("Foreclosure").

2.    The decree was filed in the Foreclosure on January 29, 2014.

3.    The real estate that was the subject of the Foreclosure is described as:

     Lot Number Seventy-eight (78) in Country Walk Plat 6, a subdivision in Sylvania Township, Lucas County, Ohio in accordance with Volume 133 of Plats, Pages 91 through 93.

     Parcel No. 79-10017 (collectively "Property")

4.    Federal National Mortgage Association ("Fannie Mae") purchased the Property at the Foreclosure sale.

5.    On March 20, 2015 the confirmation of sale was filed in Instrument No. 20150402-0012246 the office of the Lucas County Recorder for the Foreclosure. Exhibit A.

6.    A deed was filed from the Lucas County Ohio Sheriff to Fannie Mae for the Property on June 16, 2015 in Instrument No. 20150616-0023797 of Lucas County Ohio Records. Exhibit B.

7.    On October 26, 2015 a document labeled Limited Power of Attorney was filed in Instrument No. 20151026-0045152 of the Lucas County Ohio Recorder's Office which purportedly appointed Shaung Admissions as agent for Fannie Mae ("POA"). Exhibit C.

8.    The POA was signed by Brandon Sims by Propagated Properties as Trustee purportedly for Fannie Mae.

9.    Also on October 26, 2015 an Attorney in Fact Affidavit was filed in Instrument No. 20151026-0045153 of Lucas County Records which Affidavit is signed by Ariel Grant of Shaung Admissions. Exhibit D.

10.   On November 9, 2015 a deed was filed purporting to transfer the Property from Fannie Mae to Clear Knights, LTD in Instr. No. 20151109-0047257 of Lucas County Records ("Clear Knights Deed") Exhibit E.

11.   The Clear Knights Deed is signed by Brandon Sims and shows that Shaung Admissions is the "Attorney in Fact for Grantor."

12.   On November 17, 2015 a Lease was filed from Clear Knights, LTD to Ariel Grant in Inst. No. 201511170048262 of Lucas County, Ohio Records ("Lease"). Exhibit F.

13.    Clear Knights Ltd. Is not registered with the Ohio Secretary of State.

14.    The Lease is executed by Will Hartaway on behalf of Clear Knights Ltd.

15.    Upon information and belief, Will Hartaway aka Will T. Hartaway does not exist.

16.    On November 24, 2014 a deed was executed by Fannie Mae to Jeffrey B. Rozek and
       Dawn M. Rozek ("Rozek") for the Property ("Rozek Deed"). Exhibit G.

17.    The Rozek Deed was filed on November 25, 2015 in Instrument No. 20151125-
       0049285 of Lucas County Records.

18.    The Rozeks purchased the Property from Fannie Mae in a transaction that closed on
       November 23, 2015. Exhibit H.

19.    Shaung Admissions is the agent for a Business Trust called Will N Seal Estates
       according to records filed with the Ohio Secretary of State on June 16, 2015.

20.    The Trustees for the Will N Seal Estates Business Trust are Will T. Hartaway,
       Harshavardivan Abhuri, Brandon Sims, Chris Dolinski, Pete Progdon, Gate Shaung,
       Veronica A. Fasciana, Spencer Adams, Benjamin Davis and Dorene Lykowski. *See*
       Exhibit I.

21.    The beneficiaries of the Will N Seal Estates Business Trust are Anthony Singleton,
       Beverly Mayo, Shannon Harmon, Laron B. Lloyd, Michael Whitmer, Robert Flunder
       III, Melinda Wells, Anthony Beal, Ebony L. Sims, Dennis Sprines, Bryon R. Lawrence
       Jr., Craig Turner II, Richard Jones, Clear Knights, Ltd. And Shawn Harris. *See* Exhibit
       I.

22.    The POA and the Clear Knights Deed are fraudulent documents. Exhibit I.

### COUNT ONE – DECLARATORY JUDGMENT

23.    The allegations stated above are rewritten herein.

3

24. Plaintiffs Rozek have no adequate remedy at law.

25. Plaintiffs Rozek are entitled to a declaration that they are the owners in fee simple of the Property and that the POA and Clear Knights Deed are void.

## COUNT TWO – QUIET TITLE

26. The allegations stated above are rewritten herein.

27. Plaintiffs Rozek are in possession of the Property.

28. Clear Knight Ltd and/or Ariel Grant have or claim to have an interest in the Property.

29. Plaintiffs Rozek have a valid deed to the Property from Fannie Mae.

30. Plaintiffs Rozek are the fee simple owners to the Property.

31. Plaintiffs Rozek's title to the Property is superior to any claim(s) of Clear Knight Ltd and/or Ariel Grant.

32. The interest(s) of Clear Knight Ltd and Ariel Grant must be quieted in favor of Plaintiffs Rozek.

33. The interests, if any, of Clear Knight Ltd and Ariel Grant who obtained by and through fraudulent instruments purporting to hold and/or convey title to the Property from Fannie Mae.

## COUNT THREE – EJECTMENT

34. The allegations stated above are rewritten herein.

35. Plaintiffs Rozek are entitled to an order ejecting Clear Knight Ltd and/or Ariel Grant from the Property.

## COUNT FOUR - TRESPASS

36. The allegations stated above are rewritten herein.

4

37.    Upon information and belief, Clear Knights and/or agents for Clear Knights have in the past and continue to trespass onto the Property without the authority or approval of Plaintiffs Rozek.

38.    Upon information and belief, Clear Knights and/or agents for Clear Knights have and continue to invade the rights of Plaintiffs Rozek by entering onto the Property without authorization, invitation or permission.

39.    Plaintiffs Rozek have been damaged by the acts of trespass committed by Clear Knights, Ltd and/or Ariel Grant.

NOW, WHEREFORE, Plaintiffs Jeffrey B. Rozek and Dawn M. Rozek pray as follows:

(a)    For a declaration of their rights in and to the Property;

(b)    For an order that they are the owners in fee simple of the Property;

(c)    For an order quieting any interest(s) in the Property of Clear Knight Ltd and/or Ariel Grant;

(d)    For an order of ejectment.

(e)    For compensatory damages for trespass in excess of $25,000;

(f)    For all and any other relief which this Court deems fair and equitable.

(g)    For costs and attorneys fees as permitted by law.

Respectfully Submitted,

Amelia A. Bower (No. 0013474)
PLUNKETT COONEY
300 East Broad Street Suite 590
Columbus, Ohio 43215
Direct: 614.629.3004
Fax:    614.629.3019
abower@plunkettcooney.com

Open.P0751.P0751.16232026-1

EXHIBIT C
FRAUDULENT POA



**EXHIBIT C**

20151026-0045152
Pages: 2     Fee: $28.00
10/26/2015 02:55:02 PM
T20150033667
Phil Copeland
Lucas County Recorder POA

After recording mail to:
Shaung Admissions
2650 Westmar Ct. #242
Toledo, Ohio 43615

No.: PoA002-SA

### Limited Power of Attorney

TO WHOM IT MAY CONCERN: this instrument, the sufficiency of which hereby acknowledge from the undersigned, not in individual capacity but solely as Trustee; [Binding Purchase Agreement dated 7-10-15] for, Federal National Mortgage Association, Successors and Agents, "Fannie Mae" having an office for the conduct of business at 3900 Wisconsin Avenue NW Washington DC, 20016, collectively the "Grantor" hereby constitute and appoints Shaung Admission "Affiant", of Lucas County, business registered in Ohio as our exclusive, true and lawful attorney-in-fact and in our name, place and stead for use and benefit, to do all things and administer acts in our capacity, conduct, or vacate, foreclosure proceedings, execute, endorse, and acknowledge all documents customary and reasonably necessary and appropriate for the escrow or closing of sales and the conveyance of real properties owned by Fannie Mae in the State of Ohio. Such powers shall include, but not limited to the following:

1. Deeds transferring the real property and improvements owned by Fannie Mae;
2. Settlement/Closing Statements;
3. Affidavits and Indemnifications as to Debts and Liens;
4. Tax Proration Agreements;
5. Parties Affidavit and Agreements;
6. Errors and Omissions Corrections Agreements;
7. Entry of bid at a foreclosure sale;
8. Assignment, or acceptance of an assignment of a foreclosure bid
9. Execution of any other approved document as directed by Fannie Mae.

The rights, powers, and authority of the Attorney-in-Fact to exercise the duties herein, shall commence and be in full force and effect until further notice.



20151026-0045153
Pages: 3     Fee:  $36.00
10/26/2015 02:55:02 PM
T20150033667
Phil Copeland
Lucas County Recorder  POA

After recording mail to:
Shaung Admissions
2650 Westmar Ct. #242
Toledo, Ohio 43615

## Attorney in Fact Affidavit

The undersigned, "Affiant" (Attorney-In-Fact) who being duly sworn deposes and states upon oath and personal knowledge the following facts and matters set forth herein:

1.  Affiant resides in Lucas, County.  The Grantor, signed and accepted a written Power of Attorney on October 26th, 2015, appointing Affiant as attorney-in-fact.

2.  As attorney-in-fact by virtue, the Affiant executes this, Affidavit of Attorney-in-Fact as to Limited Power of Attorney; No.: PoA002-SA Being in Full Force, currently exercisable by Affiant, for the purchase and or conveyance of any after acquired properties within the State along with the premises described as follows:

SEE ATTACHED EXHIBIT A, LEGAL DESCRIPTION

3.  At the time of executing this instrument, Affiant had no actual knowledge or actual notice of revocation or termination of the Power of Attorney by notice of any indicating facts.

4.  Affiant represents that the Grantor has not, at any time, revoked or repudiated the Power of Attorney; and the Power of Attorney still is in full force and effect.

5.  Affiant makes this affidavit for the purposes of inducing third parties and agents to accept delivery of, and record this instrument, with full knowledge that these statements and representations will be relied upon, as executed in our capacity as attorney-in-fact for the Grantor.

6.  Grantor will fully indemnify and hold harmless, third parties and agents from any and all losses, liabilities, claims, fees and costs that may incur, for transactions resulting from the reliance on our continued authority.

Prior Instrument Reference No.: 20152290848, recorded with the Ohio Secretary of State.

We declare under penalty of perjury, the above mentioned declarations are true and correct.

AFFIANT: _Aris Grit_ FNMA. & P.P.
by Shaung Admissions as **aif**

STATE OF **Ohio** _____}

COUNTY OF **LUCAS** _____}

On, _Oct 26, 2015_ , personally appeared, _Ariel Grant_ of
Shaung Admissions, as Attorney in Fact, ACKNOWLEDGED sworn to before me
a notary public, AND EXECUTED on behalf of aforesaid Association, with full authority to
act in this transaction, who acknowledges said authority is contained in an instrument duly,
executed and accepted voluntarily; and recorded as set forth, under virtue granting power of
attorney.

WITNESS my hand and official seal.

_Lee O. Stover_ Signature

LEE O. STONER
NOTARY PUBLIC - OHIO
MY COMMISSION EXPIRES 01-23-2017

A notary public or other officer completing the document to which certificate has been attached
verifies only the identity of the individual(s) who signed, and not truthfulness, accuracy, or validity.

This instrument prepared by:
Will N Seal Estates
5505 Jamieson Dr. Unit N-4
Toledo, Ohio 43613

# Exhibit "A"

Situated in the CITY OF TOLEDO, COUNTY OF LUCAS AND State of Ohio:

More or less;

a. 7107 Elli Harbour Ln.,Maumee, Oh 43537.  Legal Description: Lot Number Thirteen (13) OLDE TOWNE AT WATERSIDE PLAT ONE, a subdivision in Monclova Township, Lucas County, Ohio, in accordance with Volume 148 of Plats, page 87,  [Parcel #: 38-88133]

b. 4703 Carriage Xing, Sylvania, Ohio 43560.  Legal Description: Lot Number Seventy-eight (78) in COUNTRY WALK PLAT 6, a subdivision in Sylvania Township, Lucas County, Ohio, in accordance with Volume 133 of Plats, Pages 91 through 93,  [Parcel #: 79-10017].

**EXHIBIT I**
**DYER AFFIDAVIT OF FACTS**

11/25/2015
TRANSFERRED BY: JLDAVIS          $0.50
IN COMPLIANCE WITH SEC. 319.202 R.C.
ANITA LOPEZ, AUDITOR
LUCAS COUNTY, OHIO
FEE:    $0.00      EX: X        MULTI:
PARCEL: 79-10017              COUNT: 1
**TRANS#: 15-208410**

**EXHIBIT**

**I**

20151125-0049284
Pages: 12      Fee: $120.00
11/25/2015 10:31:27 AM
T20150036904
Phil Copeland
Lucas County Recorder DEED

## AFFIDAVIT OF FACTS

State of    Ohio          )
                          ) SS:
                          )
County of  Cuyahoga       )


I,  John J. Dyer III, Attorney at Law,

Having a business address of   30455 Solon Road, Solon, Ohio 44139 ,

Being First Duly Cautioned and Sworn, Depose and State:

1. The undersigned is counsel for Nova Title Agency Inc.  The undersigned is competent to testify to the facts contained herein, that the facts are true as he verily believes and that this Affidavit is made of his own personal knowledge as to said facts.

2. Affiant states that Nova Title Agency Inc.("Nova")  serves as  a title agent closing transactions involving the  Federal National Mortgage Association ("Fannie Mae").  Fannie Mae owns the real property located at 4703 Carriage Crossing, Sylvania Ohio 43560, Parcel No. 79-10017. The legal description for said property is attached hereto and incorporated herein as Exhibit A. Said property was obtained by Fannie Mae through Sheriff's Deed recorded as Instrument No.20150616-0023797.

3. On or about October 26, 2015, a  "Limited Power of Attorney" ( the "POA") was recorded as instrument No. 20151026-0045152 in the Lucas County Recorder's office.   A copy of said  POA is attached hereto and incorporated herein as Exhibit B.  The POA is not executed by Fannie Mae, and therefore said POA fails to convey any authority whatsoever to Propagated Properties or Shaung

Admissions or any other person or corporation to act on behalf of Fannie Mae. The POA is, in fact, signed by Brandon Sims – whose status is unclear.

4. On or about November 9, 2015, a deed was recorded in the Lucas County Recorder's office as Instrument No. 20151109-0047257; said deed was signed by Brandon L. Sims Sr., the same person that signed the POA. A copy of said Deed is attached hereto and incorporated herein as Exhibit C. The Grantor on said Deed was Propagated Properties, soley as Trustee for Fannie Mae; Propagated Properties , Trustee for Fannie Mae was not the title holder of said property, rather, title was vested in the name of Fannie Mae. Said deed attempted to convey the real property located at 4703 Carriage Crossing, but it failed to convey any interest in said property.

5. The various documents referenced herein purport to have been prepared by Will N Seal Estates- a review of documents filed by said entity with the Ohio Secretary of State reflect numerous members of this enterprise are involved in concert with one another in an attempt to cloud the title records by filing unauthorized documents. A copy of said Will N Seal Estates documents are attached as Exhibit D.

6. Affiant further states that the attempted transfer from Propagated Properties, Trustee soley for Fannie Mae to Clear Knights LTD. is null and void. Further, there is no record of Clear Knights LTD. as an entity organized and capable of holding title in the State of Ohio, although the "deed" to Clear Knights LTD. lists a Lucas County address as a tax mailing address.

FURTHER AFFIANT SAYETH NAUGHT.

John J. Dyer III

Sworn to and subscribed in my presence the _____ 2ᴺᴰ day of November , 2015.

PREPARED BY:
REIMON ARMANDO CROWELL & JEFFRY
36455 SOLON RD. SOLON OH 44139

SEE ENV

Susan A. Mannarino
Resident Summit County
Notary Public, State of Ohio
My Commission Expires: 08/28/2017

EXHIBIT A

T15-2043

## LEGAL DESCRIPTION

**Lot Number Seventy-Eight (78) in Country Walk Plat 6, a Subdivision in Sylvania Township, Lucas County, Ohio, in accordance with Volume 133 of Plats, Pages 91 through 93.**

**Permanent Parcel No.**      79-10017
**Property Address**          4703 Carriage Crossing, Sylvania, OH 43560

Page 1 of 1

--> 201517540996     EXHIBIT D.



DATE
06/25/2015

DOCUMENT ID
201517540996

DESCRIPTION
REPORT OF BUSINESS TRUST (BTS)

FILING
125.00

EXPED
0.00

PENALTY
0.00

CERT
0.00

COPY
0.00

Receipt
This is not a bill. Please do not remit payment.

SHAUNG ADMISSIONS
GATE SHAUNG
2650 WESTMAR COURT #242
TOLEDO, OH 43615

# STATE OF OHIO
## CERTIFICATE

Ohio Secretary of State, Jon Husted

2404606

It is hereby certified that the Secretary of State of Ohio has custody of the business records for

### WILL N SEAL ESTATES

and, that said business records show the filing and recording of:

Document(s)
REPORT OF BUSINESS TRUST

Document No(s):
201517540996

Effective Date:  06/16/2015



United States of America
State of Ohio
Office of the Secretary of State

Witness my hand and the seal of the
Secretary of State at Columbus, Ohio this
25th day of June, A.D. 2015.

Jon Husted

Ohio Secretary of State

Page 1

Doc ID --> 201517540996

Form 553 Prescribed by:

**JON HUSTED**
Ohio Secretary of State

Central Ohio: (614) 466-3910
Toll Free: (877) SOS-FILE (767-3453)
www.OhioSecretaryofState.gov
Busserv@OhioSecretaryofState.gov

Makes checks payable to Ohio Secretary of State

Mail this form to one of the following:
Regular Filing (non expedite)
P.O. Box 1329
Columbus, OH 43216

Expedite Filing (Two-business day processing
time requires an additional $100.00).
P.O. Box 1390
Columbus, OH 43216

2015 JUN 16  AM 11:03

## Report of Business Trust
### (For Domestic or Foreign Business Trust)
### (120-BTS)
### Filing Fee $125.00

Name of Business Trust | Will N Seal Estates

Any trade name(s) or fictitious name(s) under which trust will conduct business.

WSE

Name(s) and Address(es) of Trustee(s)

| Name(s) | Address(es) |
| --- | --- |
| Will T Hartaway | C/o 3440 Valleston  [Toledo] Ohio [43607] |
| Harshavardhan Abburi | C/o 3440 Valleston  [Toledo] Ohio [43607] |
| Gate Shaung | C/o 3440 Valleston  [Toledo] Ohio [43607] |

Location of Principal Office

Mailing Address | C/o 5505 Jamieson Drive Unit N-4

City | Toledo       State | Ohio       ZIP Code | 43613

Form 553                    Page 1 of 2                    Last Revised: 3/30/12

Doc ID --> 201517540996

# CERTIFICATE OF TRUST

Certificate No. TD-0001wse1

The undersigned Shaung Admissions, attorney-in-fact holder hereinafter " Declarant" for the Trustees being of legal age, declares and certifies that the Trustor conveyed full force and effect of rights and property for the existence of following described Trust:

**1. Creation of Trust:**

Name of Trust: Will N Seal Estates                           Date of Trust: 12/1/2014
Trustor(s): Peace Energy & Motion                            Trust No.: [TaxID]
Type of Instrument: Trust Declaration                        No.: WSE001TD2014
Present Trustees:  Will T Hartaway, Harshavardhan Abburi, Brandon Sims, Chris Dolinski, Pete Brogdon, Gate Shaung, Veronica A Fasciana, Spencer Adams, Benjamin Davis, Dorene Lykowski.
Present Beneficiaries:  Anthony Singleton, Beverly Mayo, Shannon Harmon, Laron B Lloyd, Michael Whitmer, Robert Flunder III, Melinda Wells, Anthony Beal, Ebony L Sims, Dennis Springs, Bryon R Lawrence Jr, Craig Turner II, Richard Jones, Clear Knights Ltd. and Shawn Harris.

**2. Purpose:** To transact all lawful business for which Finance Trust may be organized. To deal in direct, partnerships, stockholders and joint venture interests which represent shares in Trust Property.

**3. Trust Assets:** Securities in holding, Property #: RB641720754US, record #: 20151551985 (Oh), total amount of; Two million dollars of Proprietary Property interest and shall consist of but not limited to any and all after-acquired Real or Personal property, securities and liquid assets. Title to Trust assets should be taken in the name of any Trustee(s) of the Trust, 2014.

**4. Shares Nature:** Securities interest in Trust Assets in the amount of Two million dollars and any after-acquired fully paid shares divided between Beneficiaries, allotted in stocks or beneficial interest certificates.

**5. Trustee Powers:** The Trustees (Co-Trustees) shall have full, exclusive power, control and authority over the Trust and assets; administer such acts and things in their sole judgment and discretion necessary, incidental or desirable, for conducting and defending the business and actions of the Trust, in best interest of the Beneficiaries. To execute or draft any documents with the accommodating authority signature(s) to bind the Trust.

**6. Trustee duties:** Compensated in their capacity to maintain, hypothecate and the purchase of real and personal property. Purvey underwriting, diversified investing, netting, issuing and acquisitions of private and public Security Offerings. To facilitate annual income, expenses and fiscal reports, amendments of Trust and distribution of any deceased Beneficiary assets.

**7. Trustee Prohibitions:** Self dealing, sell or surrender Trust assets nor involuntarily render accounts to any court.

**8. Intent:** Each Beneficiary, represents and warrants that they shall contribute property and or rights, as value for acquiring a bundle interest in the Trust, for their own account and investment. An individual capital account shall be maintained for each Beneficiary. All additional or after acquired funds,

Doc ID --->        201517540996

securities and property acceptable to the consent of Trustee may transferred or conveyed by the Beneficiaries.

**9. Term of Trust:** Terminates Twenty-Five years after existence of last Trustee. The power to revoke or dissolve the Trust shall be held and executed by the Trustor(s), Board of Trustees.

**10. Arbitration:** Trust may result to any appropriate Alternative Dispute Resolutions, deemed necessary within the measures from actions of subject matters incurring controversies.

**Reliance:** This Certificate, a true and correct certified copy, which has not been amended in any manner which would cause the representations in this certification to be incorrect, of the facts disclosing status and reciting agreements described within provision of Trust Declaration Articles regulated by the Trustor By-laws, created in accordance with the Uniform Trust Code.

Declarant states that the named Trustee(s) are fully and exclusively empowered to act in spirit of the Trust address being, Thirty Four- Forty Valleston # 3, Ohio [Toledo 43607].

Signed and recorded under penalty of perjury, this Twelfth day of June, year 2015, at Lucas County, Ohio.



_____
Shaung Admissions

All Rights Reserved

**Notary Acknowledgement**

State of Ohio_____)
                                     );
[County of Lucas]_____}

This instrument acknowledged before me on __6.12.15__ by those who are subscribed within instrument, appeared and proved to be on the basis of satisfactory evidence, the duly authorized representative upon behalf of whom executed Certificate of Trust under oath or asseveration, and accepts truth thereof for Will N Seal Estates.

WITNESS my hand and official seal.

_____
(Signature of notarial officer)

_____
(Printed name of notarial officer)



TO:     AMELIA A BOWER
RE:     JEFFREY B ROZEK DAWN M ROZEK  VS CLEAR KNIGHTS LTD
**CASE NO: G-4801-CI-0201504933-000**
**CASE JUDGE: DEAN MANDROS**

NAME OF DEFENDANT:  ARIEL GRANT
CO SHAUNG ADMISSIONS
2650 WESTMAR COURT #242
TOLEDO, OH 43615

Rules 4.1(1), 4.1(2), 4.1(3)
Return for failed service or process (See R. 4.6(C)

Lucas County Clerks of Courts Office advises service not completed as requested.  Please be
advised as follows and return instructions.
**REASON FOR RETURN:**

| |
|---|
| *Return receipt for certified mail shows failure of delivery to defendant. |

**POST OFFICE ADVISES:**

| |
|---|
| *Refused--See enclosed copy of front of envelope |

**PROCESS SERVER/SHERIFF ADVISES:**

| |
|---|
| |

**VISIT US ONLINE AT**
**www.co.lucas.oh.us/clerk**
Verify Service using the "Dockets Online" link
Receive court orders via email using the "Attorney EMail Registration Link"

*Local Rule 5.05 H. SERVICE BY CLERK'S OFFICE Once journalized, the Clerk of courts
Office will transmit the entries to the email address submitted by the parties. Counsel for a party.
or a Pro Se litigants representing themselves who do not have an email address may, by motion,
request ordinary mail service of entries by the Clerk of Courts Office.*



US POSTAGE $009.21

ZIP 43604
043M11382836 DEC 01 20

REFUSAL FOR CAUSE WITHOUT DISHONOR
RETURNED FOR CAUSE WITHOUT DISHONOR

REFUSAL FOR DISHONOR. RETURN FOR CAUSE @ REFUSED NO LIABILITY EVIDENCE
NO DISHONOR
NO LIABILITY

7014 1200 0000 4878 6172

ARIEL GRANT
CO SHAUNG ADMISSIONS #242
2650 WESTMAR COURT #242
TOLEDO, OH 43615

BERNIE QUILTER
Lucas County Clerk of Courts
LUCAS COUNTY COURTHOUSE
700 ADAMS STREET
TOLEDO, OHIO 43604

IN THE COURT OF COMMON PLEAS
LUCAS COUNTY, OHIO

JEFFREY B. ROZEK
DAWN M. ROZEK
4703 Carriage Crossing Lane
Sylvania, Ohio 43560

Case No.

Judge

FILED
LUCAS COUNTY

2015 NOV 30  A 11: 17

COMMON PLEAS COURT
BERNIE QUILTER
CLERK OF COURTS

       Plaintiffs

v.

CLEAR KNIGHTS LTD.
6857 Heather Cove
Maumee, Ohio 43537

ARIEL GRANT
c/o Shaung Admissions
2650 Westmar Court #242
Toledo, Ohio 43615

G-4801-CI-0201504933-000

Judge
DEAN P. MANDROS

      Defendants

**COMPLAINT FOR DECLARATORY JUDGMENT, TO QUIET TITLE, FOR EJECTMENT
AND TRESPASS**

**BACKGROUND**

1.    On or about June 27, 2013 Nationstar Mortgage LLC filed a foreclosure in Case No. GI201303479 of the Common Pleas Court for Lucas County, Ohio against William J. Houttekier ("Foreclosure").

2.    The decree was filed in the Foreclosure on January 29, 2014.

3.    The real estate that was the subject of the Foreclosure is described as:

Lot Number Seventy-eight (78) in Country Walk Plat 6, a subdivision in Sylvania Township, Lucas County, Ohio in accordance with Volume 133 of Plats, Pages 91 through 93.

Parcel No. 79-10017 (collectively "Property")

1

FILED
LUCAS COUNTY

2015 DEC 10 P 12:29

COMMON PLEAS COURT
BERNIE QUILTER
CLERK OF COURTS

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ARIEL GRANT
G-4801-CI-(201504933-00#7 *

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail®      ☐ Priority Mail Express™
   ☐ Registered           ☐ Return Receipt for Merchandise
   ☐ Insured Mail         ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

7014 1200 0000 4878 6192

PS Form 3811, July 2013          Domestic Return Receipt