UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
-------------------------------------------------------
                                                  :
CLEAR KNIGHTS LTD.,              :         CASE NO. 1:16-CV-222
                                                  :
            Plaintiff,                      :
                                                  :
vs.                                             :         ORDER DENYING MOTION
                                                  :
JOHN JAMES DYER III, *et al*.,     :
                                                  :
            Defendants.                  :
                                                  :
-------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

On May 6, 2016, this Court dismissed this action for lack of subject-matter jurisdiction because the amended complaint was signed only by Brandon Sims, who did not demonstrate he was an attorney licensed to practice law in this Court.  The plaintiffs, in a motion signed only by Sims, have filed a "Motion to Alter or Amend Judgment and Leave to File An Amended Complaint." (Doc. No. 31.)

A motion to alter or amend a judgment may be granted only if there has been: (1) a clear error of law; (2) an intervening change in the law; (3) newly discovered evidence; or (4) a showing of manifest injustice.  *Jones v. Gobbs*, 21 Fed. App'x 322, 323 (6th Cir. 2001), citing *GenCorp, Inc. v. American Int'l Underwriters*, 178 F.3d 804, 832 (6th Cir. 1999).  The plaintiffs' motion does not demonstrate that any of these circumstances exist, and does not alter the Court's conclusion that federal subject-matter jurisdiction does not exist in this case.  The plaintiffs have not offered any proposed amended pleading over which the Court has subject-

matter jurisdiction.

Accordingly, the plaintiffs' "Motion to Alter or Amend Judgment and Leave to File An Amended Complaint" is denied.

IT IS SO ORDERED.


Dated:   June 21, 2016                             *s/     James S. Gwin*
                                                   JAMES S. GWIN
                                                   UNITED STATES DISTRICT JUDGE